W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 17-21951-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 17-21951-13  
Date of Filing: October 06, 2017

Edith Larvern Halliburton  
15125 Dearborn  
Overland Park, KS 66223

IN RE:  
Edith Larvern Halliburton  
Debtor

## RECEIPTS
For the Period from 12/1/2018 through 11/30/2019

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12/11/18 | $735.00 | 1/15/19 | $735.00 | 2/20/19 | $735.00 | 3/15/19 | $735.00 |
| 4/11/19 | $735.00 | 5/9/19 | $735.00 | 6/21/19 | $735.00 | 7/18/19 | $735.00 |
| 8/15/19 | $735.00 | 10/24/19 | $367.00 | 10/24/19 | $735.00 | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Edith Larvern Halliburton | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | NADER J STANFORD | ATTORNEY FEE | $2,650.00 | 100.00 | $2,650.00 | 0.00 | $0.00 | $0.00 |
| 1 | SFC-CENTRAL BANK & RE | UNSECURED | $922.91 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 2 | KANSAS DEPARTMENT OF | PRIORITY | $226.53 | 100.00 | $0.00 | 0.00 | $0.00 | $226.53 |
| 3 | INTERNAL REVENUE SERV | PRIORITY | $5,611.68 | 100.00 | $0.00 | 0.00 | $0.00 | $5,611.68 |
| 4 | KCP&L | UNSECURED | $2,088.23 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY A | UNSECURED | $516.22 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 6 | ADVANCE AMERICA | UNSECURED | $582.28 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 7 | MONTGOMERY WARD | UNSECURED | $50.69 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 8 | LOAN MAX | SECURED | $1,904.09 | 100.00 | $722.56 | 5.75 | $192.55 | $1,181.53 |
| 9 | LOAN MAX | SECURED | $500.00 | 100.00 | $238.09 | 5.75 | $48.29 | $261.91 |
| 10 | STONEBERRY | UNSECURED | $160.32 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 11 | AMERIMARK | UNSECURED | $381.85 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 12 | DR LEONARDS SHOP NOW | UNSECURED | $344.17 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 13 | K. JORDAN | UNSECURED | $324.35 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYST | UNSECURED | $652.17 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYST | UNSECURED | $203.70 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 16 | KANSAS GAS SERVICE | UNSECURED | $518.35 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY A | UNSECURED | $505.59 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY A | UNSECURED | $519.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 19 | JOHNSON COUNTY WASTE | UNSECURED | $2,322.69 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 20 | ECMC | UNSECURED | $6,197.93 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY A | UNSECURED | $1,585.36 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 22 | MID AMERICA BANK & TR | UNSECURED | $325.70 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 17-21951-13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | MID AMERICA BANK & TR | UNSECURED | $280.60 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY A | UNSECURED | $906.39 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 25 | PORTFOLIO RECOVERY A | UNSECURED | $524.11 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 26 | RESURGENT CAPITAL SER | UNSECURED | $1,910.84 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 27 | RESURGENT CAPITAL SER | UNSECURED | $903.82 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 28 | QUANTUM3 GROUP | UNSECURED | $356.77 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 29 | ARSI | UNSECURED | $68.64 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 30 | QUANTUM3 GROUP | UNSECURED | $219.13 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 31 | ECAST SETTLEMENT COR | UNSECURED | $94.10 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 32 | Central Auto Credit | SECURED-910 CAR | $19,063.62 | 100.00 | $10,502.87 | 5.75 | $1,707.16 | $8,560.75 |
| 1202 | KANSAS DEPARTMENT OF | PRIORITY ESTIMATED | $553.99 | 100.00 | $0.00 | 0.00 | $0.00 | $553.99 |
| 1002 | KANSAS DEPARTMENT OF | NON-PRIORITY/NON-I | $4,143.14 | 100.00 | $0.00 | 0.00 | $0.00 | $4,143.14 |
| 1102 | KANSAS DEPARTMENT OF | UNSECURED | $693.81 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 1003 | INTERNAL REVENUE SERV | UNSECURED | $24,201.04 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 10009 | LOAN MAX | UNSECURED | $1,571.72 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: 12/10/2019

Receipts: $18,330.00  Paid To Claims: $16,061.52  Trustee's Fees Paid: $1,231.65  Funds On Hand: $1,036.83

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS